RECEIVED
USDC WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  10 / 12 / 07
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANGELA RENEE CRAIN | CIVIL ACTION NO. 05-2073 |
| versus | JUDGE DONALD E. WALTER |
| PNK (BOSSIER CITY), INC. d/b/a BOOMTOWN CASINO | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Before this Court is a Rule 41(b) Motion to Dismiss for Lack of Prosecution [Doc. #33] and a Motion for Summary Judgment [Doc. #31] filed on behalf of defendant, PNK (Bossier City), Inc. d/b/a Boomtown Casino. Plaintiff has filed no opposition to these motions.

For the reasons stated in defendant's Motion to Dismiss, **IT IS ORDERED** that the motion [Doc. #33] be and is hereby **GRANTED**.

Further, a Title VII claim must be filed within ninety days of receipt of the right-to sue notice. 42 U.S.C. § 2000e-5(f)(1); Sessions v. Rusk State Hospital, 648 F.2d 1066, 1070 (5th Cir. 1981). While acting within this time period is not a prerequisite to this Court's jurisdiction, such compliance is a statutory requirement for maintaining a cause of action in federal court in the absence of extenuating circumstances. Sessions, 648 F.2d at 1070.

The EEOC issued the right to sue notice in the case sub judice on May 18, 2005. This action was filed on October 25, 2005, well beyond the 90-day window. Plaintiff has failed to come forward with any evidence of extenuating circumstances. Accordingly, **IT IS FURTHER ORDERED** that

defendant's Motion for Summary Judgment [Doc. #31] be and is hereby **GRANTED**, and plaintiff's claims are **DISMISSED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 12 day of October, 2007.

*[signature]*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE